PHINEAS W. SPRAGUE, Respondent, *v.* THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

(Argued April 4, 1876; decided April 11, 1876.)

THIS was a motion to dismiss an appeal on the ground that the case was not appealable under the amendment of 1874 to section 11 of the Code (chap. 322 Laws of 1874); and that no order had been obtained, as there required, authorizing the appeal. The judgment was less than $500. An order was granted by a General Term succeeding the one that decided the appeal. It was objected that under the words of said section, requiring the order to be of " the General Term from whose decision or determination such an appeal shall be taken," no General Term save the one deciding the appeal could make the order. *Held*, untenable.

*Edward D. McCarthy* for the motion.

*George W. Soren* opposed.

Agree to deny motion.   No opinion.
All concur.
Motion denied.